■ JOHN S. YOUNG et al. v. ANITA O'K. YOUNG.— Motion for stay granted in all respects and the stay contained in the order to show cause

dated April 13, 1960 is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.